PHELPS AND HOWARD, Overseers of the Poor of PREBLE, *against* BRONSON AND OTHERS.

SEVERAL questions were made, upon cross-motions, as to the regularity of the proceedings to judgment; one of which was, whether the plaintiffs' attorney should be suffered to file common bail for the defendants, *nunc pro tunc*, they having been arrested, and the ordinary return of *cepi corpora* having been made, and the default, though regular in other respects, being, by inadvertence, without a common bail piece being first filed; and as to this,

*Where a plaintiff takes a judgment by default, but inadvertently omits to file common bail, the court, on motion, will always give liberty to do this nunc pro tunc.*

*Per Curiam.* There is no doubt that when a plaintiff takes his default, but inadvertently omits to file common bail, in a case proper for it, he should always be permitted to make his proceedings good by doing this *nunc pro tunc*. Upon such a case being presented by affidavit and notice of motion, it is a matter of course to grant a rule that it may be done.

Rule accordingly.(a)

(a) Vid. 2 Cowen's Rep. 43, per Sudam, Senator.